UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20043-CR-MORENO

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

PHILLIP ARTHUR SANDERS,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Defendant's motion to suppress **[D.E. #17]**. The Magistrate Judge filed a Report and Recommendation **[D.E. #28]** and the Court has reviewed the entire file and record. Therefore, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**.

DONE and ORDERED in Miami-Dade County, Florida this 21st day of December 2020.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge Lauren Louis
All counsel of record